JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRANDBERRY, | Case No. CV 19-8262 DMG (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| J. GASTELO, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  August 19, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE